UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:23–cv–00657-TLN–CKD PS<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On June 30, 2023, the undersigned issued an order screening the complaint and finding that it did not establish a basis for federal jurisdiction nor state a claim under the federal pleading standards. Plaintiff was granted 28 days to either amend the complaint or file a notice of voluntary dismissal, and was informed that failure to do either would result dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not filed an amended complaint or otherwise responded to the order.

IT IS HEREBY ORDERED that all pleading, discovery, and motion practice in this action are STAYED pending resolution of the findings and recommendations. With the exception of objections to the findings and recommendations and any non-frivolous motions for emergency relief, the court will not entertain or respond to any motions and other filings until the findings

and recommendations are resolved.

IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice pursuant to Rule 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/davis657.f&rs_R41