UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARON DREVON DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, et al.,<br><br>   Defendants. | No.  2:23-cv-00657-TLN–CKD<br><br>**ORDER** |

Plaintiff is proceeding in this action pro se and in forma pauperis.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On August 8, 2023, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections.  The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The August 8, 2023 findings and recommendations (ECF No. 5) are ADOPTED IN FULL;
2. The complaint is DISMISSED with prejudice pursuant to Rule 41(b); and
3. The Clerk of Court is directed to close this case.

Date: September 22, 2023

_____
Troy L. Nunley
United States District Judge

2